

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00100-CR

Brandon **MASTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4791W
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 9, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice